ELIZABETH REICH, Respondent, *v.* EVA S. COCHRAN et al., as
Executors and Trustees under the Will of WILLIAM F.
COCHRAN, Deceased, Appellants.

*Reich* v. *Cochran,* 115 App. Div. 900, affirmed.
(Argued December 11, 1907; decided January 7, 1908.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
November 30, 1906, affirming a judgment in favor of plain-

tiff entered upon the report of a referee in an action for conversion.

*James L. Bishop* and *Percy H. Stewart* for appellants.

*Alton B. Parker, John F. Cloonan* and *Nathaniel D. Reich* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and WILLARD BARTLETT, JJ. Dissenting: HISCOCK, J.